```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRICK U. HALL,                       )
                                       )   Civil Action
                    Petitioner         )   No. 05-cv-02523
                                       )
      vs.                              )
                                       )
JEFFREY BEARD, Commissioner,           )
Pennsylvania Department of             )
Corrections;                           )
DAVID DiGUGLIELMO, Superintendent      )
of the State Correctional              )
Institution at Graterford; and         )
FRANKLIN J. TENNIS, Superintendent     )
of the State Correctional              )
Institution at Rockview,               )
                                       )
                    Respondents        )
```

O R D E R

NOW, this 21st day of October, 2014, upon consideration of the following documents:

(1) Petition for Writ of Habeas Corpus dated and filed on February 17, 2006;

(2) Answer to Petition for Writ of Habeas Corpus filed by respondents on May 30, 2006;

(3) Petitioner's Memorandum of Law in Support of Petition for a Writ of Habeas Corpus filed on October 6, 2006;

(4) Memorandum in Law in Support of the Commonwealth's Answer to Petition for Writ of Habeas Corpus filed on December 6, 2006;

(5) Petitioner's Reply to Commonwealth's Memorandum of Law in Support of Commonwealth's Answer to Petition for a Writ of Habeas Corpus filed on January 8, 2007;

upon consideration of the pleadings, exhibits, and record papers; after oral argument held May 17, 2007; and for the reasons articulated in the accompanying Opinion,

<u>IT IS ORDERED</u> that the Petition for Writ of Habeas Corpus is granted in part and denied in part.

<u>IT IS FURTHER ORDERED</u> that petitioner's death sentence is vacated.

<u>IT IS FURTHER ORDERED</u> that the execution of the writ of habeas corpus is stayed for 180 days from the date of this Order to permit the Commonwealth of Pennsylvania to grant petitioner a new sentencing hearing.

<u>IT IS FURTHER ORDERED</u> that in all other respects the Petition for Writ of Habeas Corpus is denied.

<u>IT IS FURTHER ORDERED</u> that if any party requires a certificate of appealability under 28 U.S.C. § 2253, they may file a motion requesting the issuance of such a certificate no later than November 21, 2014.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge